UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1353 PAM/JGL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARD TUCKER,<br><br>Defendant,<br><br>ROCHESTER EXPRESS,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on August 14, 2003, is hereby released.

Dated: Oct 20, 2003

Magistrate Judge
United States District Court

FILED OCT 20 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK